# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  v.<br><br>LUIS HUMBERTO AREVALO,<br><br>                    Defendant. | Case No.: 15cr2031 JM<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

    Upon motion of the UNITED STATES OF AMERICA (Doc. No. 38) and good cause appearing, IT IS HEREBY ORDERED that the Information in Case No. 15cr2031 JM, against defendant LUIS HUMBERTO AREVALO, be dismissed without prejudice and that defendant's bond be exonerated.

    IT IS SO ORDERED.

DATED: March 1, 2016

                                                  JEFFREY T. MILLER<br>                                                  United States District Judge